## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## EUREKA DIVISION

| | |
|---|---|
| ROGER J. LIANOZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOSPICE OF HUMBOLDT, INC.,<br>and DOES 1 Through 10,<br><br>　　　　Defendants. | CASE NO.:  CV 12-4349 NJV<br><br>**JOINT STIPULATION AND ORDER REMOVING CASE FROM THE COURT'S ADR PROGRAM AND REFERRING CASE TO PRIVATE MEDIATION** |

　　　On October 29, 2012, the parties filed a Stipulation and [Proposed] Order agreeing to mediation which was adopted and Ordered by Judge Vadas on the same day.  (See, Docket 10.)  On April 16, 2013, the Court appointed Daniel Bowling at the Mediator assigned to this case.  (See, Docket 16.)

　　　Plaintiff's counsel and counsel for the defendant respectfully request that this case be removed from the Court's ADR program and referred to private mediation.  The parties have agreed to conduct a private mediation with mediator Craig Needham in San Jose, CA on November 21, 2014.

1

**IT IS SO STIPULATED:**

DATED: September 10, 2014        MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By:  /s/ John M. Vrieze
John M. Vrieze
Attorneys for Defendant

DATED: September 10, 2014        LAW OFFICE OF PETER MARTIN

By:  /s/ Peter E. Martin
Peter E. Martin
Attorneys for Plaintiff

**IT IS SO ORDERED:**

- This case is hereby REMOVED from the Court's ADR program and referred to private mediation.

DATED:   9/11/2014

NANDOR J. VADAS
United States Magistrate Judge

2