UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROGER J. LIANOZ,<br><br>    Plaintiff,<br><br>v.<br><br>HOSPICE OF HUMBOLDT,<br><br>    Defendant. | Case No.  12-cv-04349-NJV<br><br>**ORDER ON STIPULATION**<br>Re: Dkt. No. 86 |

On consideration of the Stipulation to Continue Status Conference, (Doc. 86) it is ORDERED that the Status Conference is reset for January 20, 2015 at 1:00 p.m.  Further, it is ORDERED that the parties shall, *on or before December 9, 2014*, file a joint status report indicating whether this matter will be ready for trial on April 20, 2015 and estimating how many days will be needed for trial.

    **IT IS SO ORDERED**.

Dated: December 5, 2014

                                NANDOR J. VADAS
                                United States Magistrate Judge