UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROGER J. LIANOZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>HOSPICE OF HUMBOLDT,<br><br>　　　　　Defendant. | Case No.  12-cv-04349-NJV<br><br>**ORDER** |

On or before ***March 20, 2015***, counsel shall jointly submit a simplified statement of the case to be read to the jury during voir dire as part of the proposed jury instructions.

**IT IS SO ORDERED**.

Dated: March 17, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge